BTXN 117a (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>IFR Foundation Repair Inc.<br><br>　　　　　　　　　　　　　Debtor(s)<br><br>Michael J Methner  et al.<br><br>　　　　　　　　　　　　　Plaintiff(s)<br>　vs.<br>IFR Foundation Repair Inc.<br><br>　　　　　　　　　　　　　Defendant(s) | § § § § § § § § § § § § § § | Case No.:    25−40111−elm11<br>Chapter No.:   11<br><br>Adversary No.:    25−04033−elm |

## SUMMONS IN AN ADVERSARY PROCEEDING

To the above−named defendant:

You are hereby summoned and required to serve upon **Michael J Methner**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **4201 County Rd 1022 Cleburne, TX 76033** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED:  2/27/25                              FOR THE COURT:
                                             Stephen J Manz, Clerk of Court

                                             by: /s/Karyn Rueter, Deputy Clerk



In Re: Methner et al v. Integrity Foundation Repair (IFR)
Case No. 25−40111−elm11 −11
Adv. No. 25−04033−elm

# SUMMONS SERVICE EXECUTED

I,_____

of**_____

certify:

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

    That on the _____ day of _____,_____ I served a copy of the within summons, together with the complaint filed in this proceeding, on

the defendant in this proceeding, by *{describe here the mode of service}*

the said defendant at

I certify under penalty of perjury that the foregoing is true and correct.

    Executed on _____  _____
                     *(Date)*                  *(Signature)*

    **_____
    *State mailing address*