ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| IFR Foundation Repair Inc. | § | |
| | § | Case No.:    25−40111−elm11 |
| Debtor(s) | § | Chapter No.:   11 |
| | § | |
| Michael J Methner  et al. | § | |
| Plaintiff(s) | § | Adversary No.:   25−04033−elm |
| | § | |
| vs. | § | |
| Integrity Foundation Repair (IFR) | § | |
| Defendant(s) | § | |

## NOTICE SETTING STATUS CONFERENCE

A status conference via WebEx has been set in the U.S. Bankruptcy Court for **January 5, 2026** at **01:30 PM** before the Honorable Edward L. Morris at https://us−courts.webex.com/meet/morris to consider

Nature(s) of suit: 62 (Dischargeability − 523(a)(2), false pretenses, false representation, actual fraud). 68 (Dischargeability − 523(a)(6), willful and malicious injury) (1)

For WebEx Video Participation/Attendance:

Link: https://uscourts.webex.com/meet/morris
Meeting Number: 23094453213

For WebEx Telephonic Only Participation/Attendance:

DialIn: 1.650.479.3207
Meeting ID: 2309 445 3213

DATED:  December 8, 2025            FOR THE COURT:
                                   Stephen J Manz, Clerk of Court

                                   by: /s/Karyn Rueter, Deputy Clerk

United States Bankruptcy Court

Northern District of Texas

Methner,

    Plaintiff                                                        Adv. Proc. No. 25-04033-elm

Integrity Foundation Repair (IFR),

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 08, 2025 | Form ID: ntcstcnf | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Lisa Methner, 4201 County Rd 1022, Cleburne, TX 76033-7716 |
| pla | + | Michael J Methner, 4201 County Rd 1022, Cleburne, TX 76033-7716 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2025                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Warren V. Norred | |
| | on behalf of Defendant Integrity Foundation Repair (IFR) warren@norredlaw.com |
| | anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 1