Clayton L. Everett, TSBN 24065212
NORRED LAW PLLC
515 E. Border St., Arlington, TX 76010
P: 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, E: clayton@norredlaw.com
Attorney for Defendant

# United States Bankruptcy Court

## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| In re:<br>IFR Foundation Repair Inc.<br><br>Debtor.<br><br>Dr. Michael J. Methner<br>and Lisa Methner, Plantiffs<br><br>v.<br><br>IFR Foundation Repair Inc., Defendant | Case No. 25-40111-elm11<br><br>Chapter 11<br><br>Subchapter V Case<br><br><br><br>Adv. No. 25-04033 |

## NOTICE OF HEARING

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that the above-referenced adversary proceeding is hereby set for Docket Call on **Monday, April 6, 2026, at 1:30 p.m.**, before the Honorable Edward L. Morris, United States Bankruptcy Judge, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 via WebEx, information below:

**For WebEx Video Participation/Attendance:**
**Link: https://us-courts.webex.com/meet/morris**
**For WebEx Telephonic Only Participation/Attendance:**
**Dial-In: 1.650.479.3207**
**Meeting ID: 2309 445 3213**
**For Webex instructions, please see:**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

DATE: February 6, 2026.	Respectfully Submitted,

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
     Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, a true and correct copy of the foregoing Notice was served via electronic means, if available; otherwise, by regular USPS First-Class Mail and email as follows:

**Via USPS First-Class Mail and Email to Plaintiffs:**
Dr. Michael J. Methner and Lisa Methner
4201 County Road 1022
Cleburne, TX 76033
Atomant461@gmail.com

By: __/s/ Clayton L. Everett____