Clayton L. Everett, TSBN 24065212
NORRED LAW PLLC
515 E. Border St., Arlington, TX 76010
P: 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, E: clayton@norredlaw.com
Attorney for Defendant

## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>IFR Foundation Repair Inc. | Case No. 25-40111-elm11 |
| Debtor. | Chapter 11 |
| Dr. Michael J. Methner<br>and Lisa Methner, Plantiffs | Subchapter V Case |
| v. | |
| IFR Foundation Repair Inc., Defendant | Adv. No. 25-04033 |

**AGREED MOTION TO CONTINUE TRIAL DOCKET CALL**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Dr. Michael J. Methner and Lisa Methner, Plaintiffs, and move the Court to reset the Trial Docket call for **August 3, 2026, at 1:30p.m.** and to reset deadlines in this adversary proceeding accordingly. The Plaintiffs would show:

1.      Docket call for this adversary proceeding is currently set for April 6, 2026. However, the Plaintiffs are not available to appear at the scheduled docket call.

2.      The Plaintiffs, Dr. Michael J. Methner and Lisa D. Methner, respectfully request a 90-day continuation of the April 6, 2026, setting. Mrs. Methner is undergoing treatment for a rare cancer, including extensive surgery and ongoing care at MD Anderson Cancer Center in Houston, Texas. These medical circumstances materially limit the Plaintiffs' ability to participate in the

proceedings currently. Accordingly, the requested continuance is necessary to allow for recovery and to ensure the Plaintiffs can meaningfully participate in their defense.

3.      Debtor/Defendant does not oppose the continuance.

4.      Therefore, the Plaintiffs request that the docket call be reset for **August 3, 2026, at 1:30 p.m.** in this case as follows and all deadlines set out in Part II nos. 1 through 8 of the Scheduling Order [Adv. Dkt. #3] be shifted to the newly scheduled Docket Call date.

5.      On March 30, 2026, the pro se Plaintiffs, requested that I file a motion to continue based on Mrs. Methner's health.

6.      This adversary proceeding has been pending since February 26, 2025.

7.      The Court has discretion to grant a motion for continuance as part of its inherent power to control its own docket to ensure that cases proceed before it in a timely and orderly manner. *U.S. v. Waldman*, 579 F.2d 649, 653 (1st Cir. 1987).

8.      The request for continuance is not merely for delay, but so that justice may be done.

WHEREFORE, the Plaintiffs ask this Court to continue this trial docket call to **August 3, 2026, at 1:30p.m.** and shift all deadlines to the newly scheduled docket call date.


DATE: March 31, 2026.                              Respectfully Submitted,


By: __/s/ Clayton L. Everett____              By: /s/ Dr. Michael J. Methner, *with permission*
Clayton L. Everett                                 Dr. Michael J. Methner,
Texas State Bar No. 24065212               Pro Se Plaintiff
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2026, a true and correct copy of the foregoing Notice was served via electronic means, if available; otherwise, by regular USPS First-Class Mail and email as follows:

**Via USPS First-Class Mail and Email to Plaintiffs:**
Dr. Michael J. Methner and Lisa Methner
4201 County Road 1022
Cleburne, TX 76033
Atomant461@gmail.com

By: __/s/ Clayton L. Everett____