# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** <br> **IFR Foundation Repair Inc.** <br><br> **Debtor.** | **Case No. 25-40111-elm** <br><br> **Chapter 11** <br><br> **Subchapter V Case** |
| **Dr. Michael J. Methner** <br> **and Lisa Methner, Plaintiffs** <br><br> **v.** <br><br> **IFR Foundation Repair Inc., Defendant** | <br><br> **Adv. No. 25-04033** <br><br> **Judge Edward L. Morris** |

### ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL DOCKET CALL

On this day, came on to be considered the *Agreed Motion to Continue Trial Call* ("Motion") filed by the Methners. The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that cause exists for granting the continuance.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the trial docket call is continued to **August 3, 2026**.

Order Granting Motion to Continue Trial Docket Call

**IT IS FURTHER ORDERED** that the Trial Docket Call in this adversary proceeding is set for **August 3, 2026, at 1:30 p.m.** before the Honorable Edward L. Morris at the U.S. Bankruptcy Court, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas, 76102.

**IT IS FURTHER ORDERED** that all deadlines be shifted to coincide with the new trial docket call date.

### END OF ORDER ###

Respectfully submitted:

By: __/s/ Clayton L. Everett____
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendant

Order Granting Motion to Continue Trial Docket Call