

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 1, 2026**

_____

**United States Bankruptcy Judge**

_____

## United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**IFR Foundation Repair Inc.**<br><br>**Debtor.** | **Case No. 25-40111-elm**<br><br>**Chapter 11**<br><br>**Subchapter V Case** |
| **Dr. Michael J. Methner**<br>**and Lisa Methner, Plaintiffs**<br><br>**v.**<br><br>**IFR Foundation Repair Inc., Defendant** | <br><br>**Adv. No. 25-04033**<br><br>**Judge Edward L. Morris** |

### ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL DOCKET CALL

On this day, came on to be considered the *Agreed Motion to Continue Trial Call* ("Motion") filed by the Methners. The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that cause exists for granting the continuance.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the trial docket call is continued to **August 3, 2026**.

Order Granting Motion to Continue Trial Docket Call

**IT IS FURTHER ORDERED** that the Trial Docket Call in this adversary proceeding is set for **August 3, 2026, at 1:30 p.m.** before the Honorable Edward L. Morris at the U.S. Bankruptcy Court, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas, 76102.

**IT IS FURTHER ORDERED** that all deadlines be shifted to coincide with the new trial docket call date.

### END OF ORDER ###

Respectfully submitted:

By: __/s/ Clayton L. Everett____
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendant

Order Granting Motion to Continue Trial Docket Call