United States Bankruptcy Court

Northern District of Texas

Methner,

    Plaintiff                                                             Adv. Proc. No. 25-04033-elm

Integrity Foundation Repair (IFR),

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 01, 2026 | Form ID: pdf023 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**            **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 01 2026 22:00:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 01 2026 22:00:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 01 2026 22:00:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Apr 01 2026 22:00:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 01 2026 22:00:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                            Signature:           /s/Gustava Winters

District/off: 0539-4                          User: admin                              Page 2 of 2
Date Rcvd: Apr 01, 2026                       Form ID: pdf023                       Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clayton Everett | on behalf of Defendant Integrity Foundation Repair (IFR) clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Defendant Integrity Foundation Repair (IFR) warren@norredlaw.com<br>anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 2



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 1, 2026**

_____
**United States Bankruptcy Judge**

---

## United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**IFR Foundation Repair Inc.**<br><br>**Debtor.** | **Case No. 25-40111-elm**<br><br>**Chapter 11**<br><br>**Subchapter V Case** |
| **Dr. Michael J. Methner**<br>**and Lisa Methner, Plaintiffs**<br><br>**v.**<br><br>**IFR Foundation Repair Inc., Defendant** | <br><br>**Adv. No. 25-04033**<br><br>**Judge Edward L. Morris** |

### ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL DOCKET CALL

On this day, came on to be considered the *Agreed Motion to Continue Trial Call* ("Motion") filed by the Methners. The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that cause exists for granting the continuance.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the trial docket call is continued to **August 3, 2026**.

Order Granting Motion to Continue Trial Docket Call

**IT IS FURTHER ORDERED** that the Trial Docket Call in this adversary proceeding is set for **August 3, 2026, at 1:30 p.m.** before the Honorable Edward L. Morris at the U.S. Bankruptcy Court, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas, 76102.

**IT IS FURTHER ORDERED** that all deadlines be shifted to coincide with the new trial docket call date.

### END OF ORDER ###

Respectfully submitted:

By: __/s/ Clayton L. Everett____
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendant

Order Granting Motion to Continue Trial Docket Call