In Re: Methner et al v. Integrity Foundation Repair (IFR)
Case No. 25−40111−elm11 −11
Adv. No. 25−04033−elm

**FILED**

## SUMMONS SERVICE EXECUTED

APR 1 0 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

I, _Lisa Methner_

of** _Mike and Lisa Methner_

certify: _That I hand Delivered Summons to Tanya
of Norred Law Firm at 515 E. Border st. at 3 P.M._

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the _10th_ day of _April_ , 20 _25_ I served a copy of the within summons, together with the complaint filed in this proceeding, on

_IFR - Integrity Foundation Repair_

the defendant in this proceeding, by {describe here the mode of service}

_Handed to attorney's office_

the said defendant at

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _04-10-2026_                _Lisa Methner_
                (Date)                              (Signature)

**          _4201 County Road 1022 Cleburne TX 76033_
State mailing address