

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 4, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-40111-ELM |
| IFR FOUNDATION REPAIR INC., | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| MICHAEL J. METHNER and | § | |
| LISA METHNER, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No. 25-04033 |
| | § | |
| IFR FOUNDATION REPAIR INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER STRIKING PLEADINGS

On February 26, 2025, the Plaintiffs initiated this adversary proceeding with the filing of their *Request for Consideration of Non-Dischargeability Under 11 U.S.C. § 523* [Docket No. 1] (the "**Complaint**"). On March 27, 2025, the Defendant filed its *Answer* [Docket No. 5] to the Complaint.

On April 10, 2026, the Plaintiffs filed their *Amendment to Adversarial Case No. 25-04033-elm* [Docket No. 18] (the "**Amended Complaint**"). Thereafter, on April 13, 2026, the Plaintiffs filed a supplement to their Amended Complaint [Docket No. 20] (the "**Amended Complaint**

**Supplement**”).  Prior to filing the Amended Complaint and Amended Complaint Supplement, the Plaintiffs neither obtained the Defendant's consent to such filings nor obtained leave of Court, as required by Fed. R. Civ. P. 15(a)(2) (made applicable to adversary proceedings by Fed. R. Bankr. P. 7015).

Therefore, it is hereby:

**ORDERED** that the Amended Complaint and Amended Complaint Supplement shall be and are hereby STRICKEN from the record in this case.

# # #   END OF ORDER   # # #