

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 4, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-40111-ELM |
| IFR FOUNDATION REPAIR INC., | § | |
| | § | Chapter 11 |
|     Debtor. | § | |
| | § | |
| MICHAEL J. METHNER and | § | |
| LISA METHNER, | § | |
| | § | |
|     Plaintiffs, | § | |
| v. | § | Adversary No. 25-04033 |
| | § | |
| IFR FOUNDATION REPAIR INC., | § | |
| | § | |
|     Defendant. | § | |

## ORDER SETTING TRIAL

On February 26, 2025, the Plaintiffs initiated this adversary proceeding with the filing of their *Request for Consideration of Non-Dischargeability Under 11 U.S.C. § 523* [Docket No. 1] (the "**Complaint**"). On March 27, 2025, the Defendant filed its *Answer* [Docket No. 5] to the Complaint.

On August 3, 2026, the parties appeared at trial docket call – the Plaintiffs, individually, and the Defendant, by and through counsel. Having considered the docket in this case and

discussed the status of the case and availability for trial with the parties at the trial docket call, it is hereby:

ORDERED that the trial in this adversary proceeding shall take place on **September 14, 2026, at 9:30 a.m. (prevailing Central Time)**, before the Honorable Edward L. Morris, U.S. Bankruptcy Court, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102.

# # #   END OF ORDER   # # #