United States Bankruptcy Court

Northern District of Texas

Methner,

    Plaintiff

Integrity Foundation Repair (IFR),

    Defendant

Adv. Proc. No. 25-04033-elm

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: pdf001 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.ty.ecf@usdoj.gov | Aug 04 2026 22:45:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 04 2026 22:45:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 04 2026 22:45:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 04 2026 22:45:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 04 2026 22:45:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 04 2026 22:45:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0539-4                                    User: admin                                    Page 2 of 2

Date Rcvd: Aug 04, 2026                          Form ID: pdf001                          Total Noticed: 6

Date: Aug 06, 2026                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Defendant Integrity Foundation Repair (IFR) clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Defendant Integrity Foundation Repair (IFR) warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 2





CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 4, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-40111-ELM |
| IFR FOUNDATION REPAIR INC., | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| MICHAEL J. METHNER and | § | |
| LISA METHNER, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No. 25-04033 |
| | § | |
| IFR FOUNDATION REPAIR INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER STRIKING PLEADINGS

On February 26, 2025, the Plaintiffs initiated this adversary proceeding with the filing of their *Request for Consideration of Non-Dischargeability Under 11 U.S.C. § 523* [Docket No. 1] (the "**Complaint**"). On March 27, 2025, the Defendant filed its *Answer* [Docket No. 5] to the Complaint.

On April 10, 2026, the Plaintiffs filed their *Amendment to Adversarial Case No. 25-04033-elm* [Docket No. 18] (the "**Amended Complaint**"). Thereafter, on April 13, 2026, the Plaintiffs filed a supplement to their Amended Complaint [Docket No. 20] (the "**Amended Complaint**

**Supplement**").  Prior to filing the Amended Complaint and Amended Complaint Supplement, the Plaintiffs neither obtained the Defendant's consent to such filings nor obtained leave of Court, as required by Fed. R. Civ. P. 15(a)(2) (made applicable to adversary proceedings by Fed. R. Bankr. P. 7015).

Therefore, it is hereby:

**ORDERED** that the Amended Complaint and Amended Complaint Supplement shall be and are hereby STRICKEN from the record in this case.

# # #   END OF ORDER   # # #