Clayton L. Everett, TSBN 24065212
NORRED LAW PLLC
515 E. Border St., Arlington, TX 76010
P: 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, E: clayton@norredlaw.com
Attorney for Defendant

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>IFR Foundation Repair Inc.<br><br>Debtor.<br><br>Dr. Michael J. Methner<br>and Lisa Methner, Plaintiffs<br><br>v.<br><br>IFR Foundation Repair Inc., Defendant | Case No. 25-40111-elm11<br><br>Chapter 11<br><br>Subchapter V Case<br><br><br>Adv. No. 25-04033 |

## DEFENDANT'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, IFR Foundation Repair Inc., ("Defendant"), in the above-captioned case and files their Witness and Exhibit List for the trial on the Complaint filed by Plaintiffs Michael J. Methner and Lisa Methner ("Plaintiffs") (Dkt. No. 1), and respectfully shows the Court as follows:

WITNESSES:

1. Jeff Marshall, Authorized Agent for IFR Foundation Repair Inc.

2. Any other party designated by Dr. Methner

EXHIBITS:

| EX. | DESCRIPTION | ADMITTED: Y / N |
|---|---|---|
| 1. | Exhibit A: Amended Chapter 11 Plan dated September 29, 2025 (Dkt. No. 57) | |
| 2. | Exhibit B: Order Confirming Chapter 11 Plan signed October 3, 2025 (Dkt. No. 60) | |
| 3. | Exhibit C: Plaintiff's Original Complaint (Dkt. No. 1) | |
| 4. | Exhibit D: Defendant's Original Answer (Dkt. No. 5) | |

Defendant reserves the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: August 11, 2026.

Respectfully submitted,

NORRED LAW, PLLC

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 11, 2026, a true and correct copy of the above list and exhibits were served through the Court's CM/ECF system on all parties receiving electronic notice and by first-class United States mail on the following:

**Via USPS First-Class Mail and Email to**
**Plaintiffs:**
Dr. Michael J. Methner and Lisa Methner
4201 County Road 1022
Cleburne, TX 76033
Atomant461@gmail.com

/s/ *Clayton L. Everett*
Clayton L. Everett