Clayton L. Everett, TSBN 24065212
NORRED LAW PLLC
515 E. Border St., Arlington, TX 76010
P: 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, E: clayton@norredlaw.com
Attorney for IFR Foundation Repair Inc.

## United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**IFR Foundation Repair Inc.**<br><br>**Debtor.** | **Case No. 25-40111-elm**<br><br>**Chapter 11**<br><br>**Subchapter V Case** |
| **Dr. Michael J. Methner**<br>**and Lisa Methner, Plaintiffs**<br><br>**v.**<br><br>**IFR Foundation Repair Inc., Defendant** | **Adv. No. 25-04033**<br><br>**Judge Edward L. Morris** |

### ANSWER TO THE COMPLAINT OF DR. MICHAEL J. METHNER AND LISA METHNER OBJECTING TO THE DISCHARGEABILITY OF DEBT UNDER 11 U.S.C. SECTION 523

Defendant IFR Foundation Repair Inc. ("Defendant") files this Answer to the Complaint [Adv. Dkt. No. 1] filed by Plaintiffs Dr. Michael J. Methner and Lisa Methner ("Plaintiffs"), and states as follows:

**A.  General Denial**

1.      Pursuant to Federal Rule of Civil Procedure 8(b)(3), made applicable by Federal Rule of Bankruptcy Procedure 7008, Defendant generally denies each and every allegation contained in the Complaint, and demands strict proof thereof.

### B. Statement of Intent to Pay the Judgment

2. Further, Defendant states that it intends to pay the judgment entered in favor of the Methners in full under the terms of its confirmed or proposed Plan of Reorganization in this Chapter 11 Subchapter V case.

**FOR THESE REASONS** the Court should enter a judgment that Plaintiff takes nothing, dismiss the suit with prejudice, and award the Defendant costs and expenses, and all other relief the Court deems appropriate.

Respectfully submitted:

By: __/s/ Clayton L. Everett____
      Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2025, a true and correct copy of the above answer was served via electronic means through the Court's ECF system to the following:

*Plaintiffs:*

Dr. Michael J. Methner
and Lisa Methner
4201 County Road 1022
Cleburne, TX 76033

/s/ *Clayton L. Everett*