<atomant461@icloud.com> Thu, Aug 20 at 4:47 PM
To: Michael Methner <atomant461@gmail.com>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 4:25-bk-40111** |
| | § | |
| **IFR FOUNDATION REPAIR INC.,** | § | **CHAPTER 11** |
| | § | **SUBCHAPTER V** |
| **Debtor.** | § | |
| **DR. MICHAEL METHNER and LISA METHNER,** | § | **ADVERSARY NO. 4:25-ap-04033** |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **IFR FOUNDATION REPAIR INC.,** | § | |
| | § | |
| **Defendant.** | | |

FILED
AUG 25 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# PLAINTIFFS' EMERGENCY MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO CONTINUE TRIAL BASED ON UNAVAILABILITY OF THE CERTIFIED STATE-COURT TRIAL TRANSCRIPT

Plaintiffs Dr. Michael Methner and Lisa Methner, appearing pro se, request expedited consideration of their concurrently filed Motion to Continue Trial for At Least 45 Days and to Modify Scheduling Deadlines. Plaintiffs state:

**1.** The adversary trial is set for September 14, 2026, at 9:30 a.m., and the associated pretrial deadlines are imminent.

**2.** The primary and time-critical problem is that the certified state-court trial transcript will not be available before the bankruptcy trial set for September 14, 2026, at 9:30 a.m. In her August 19, 2026 email, official court reporter Jacci E. Walker, CSR, stated that the transcripts had not been prepared and would not be ready for "probably 30 days or more." A photograph of the email is attached as Exhibit A-1, and a photograph of the itemized estimate is attached as Exhibit A-2. Plaintiffs will provide complete hard copies.

**3.** A ruling is needed before Plaintiffs incur or miss imminent exhibit, pretrial-order, proposed-findings, and trial-preparation deadlines.

**4.** The request for shortened consideration results from the reporter's stated production period and the approaching court-ordered setting, not from lack of diligence or a desire to delay.

**5.** Judge Morris's procedures provide that requests for an expedited setting are reviewed before a hearing is assigned, and Northern District of Texas procedures require a separate written request when consideration is needed on shortened notice.

Plaintiffs therefore request prompt judicial review and, if the Court determines a hearing is necessary, the earliest setting the Court deems appropriate. Plaintiffs will serve IFR's counsel immediately and comply with any shortened response or notice procedure ordered by the Court.

Because the trial set for September 14, 2026, at 9:30 a.m. and its associated pretrial deadlines are imminent, Plaintiffs respectfully request that the Court consider this request on or before August 24, 2026, or as soon thereafter as practicable, so the parties will know whether the existing deadlines remain operative.

**Respectfully submitted,**

Dr MJ Methner

Dr. MJ Methner, Plaintiff Pro Se
4201 County Road 1022
Cleburne, Texas 76033
atomant461@gmail.com
817-680-8261

Lisa Methner

Lisa Methner, Plaintiff Pro Se
4201 County Road 1022
Cleburne, Texas 76033
atomant461@gmail.com
817-937-1354

08/25/2026

**CERTIFICATE OF CONFERENCE**

CLAYTON@NORREDLAW.COM

On [DATE], Plaintiffs contacted IFR's counsel, Norred Law, PLLC, by [EMAIL/TELEPHONE] and requested agreement to the relief sought. IFR [AGREES / OPPOSES / HAS NOT RESPONDED].

**CERTIFICATE OF SERVICE** HAND !

I certify that on [DATE], a true and correct copy of this filing was served on IFR's counsel, Norred Law, PLLC, at [SERVICE ADDRESS/EMAIL], and all other parties required by the Court's rules, by [METHOD].

Hand delivered to Norred Law Fort Worth office 7th st

Dr MJ Methner

Dr. Michael Methner, Pro Se

Lisa Methner

Lisa Methner, Pro Se

☐

## EXHIBIT A-1

*Photograph of the August 19, 2026 email from Jacci E. Walker, CSR, Official Court Reporter, stating that the transcripts had not been prepared and would not be ready for probably 30 days or more.*

Just checking

**Jacci E. Walker** <jewalker2@tarrantcountytx.gov> Wed, Aug 19, 2026 at 11:50 AM
To: michael methner <atomant461@gmail.com>

I'm adding up the number of exhibits right now and about to send an invoice to you. The transcripts haven't been prepared. This will not be ready for probably 30 days or more. This is not a fast process.

Jacci

Jacci Walker, CSR
Official Court Reporter
Tom Vandergriff Civil Courts Building
96th District Court
100 N. Calhoun, 4th Floor
Fort Worth, Texas
76196
817/884-1451

-----Original Message-----
From: michael methner <atomant461@gmail.com>
Sent: Wednesday, August 19, 2026 10:27 AM
To: Jacci E. Walker <jewalker2@tarrantcountytx.gov>
Subject: Just checking

EXTERNAL EMAIL ALERT! Think Before You Click!

---

Hoping to get transcripts today, thank you, Dr Mike and Lisa Methner Sent from my iPhone

Dr. Michael Methner
Ms. Lisa Methner

August 19, 2026

# JACCI WALKER

96th DISTRICT COURT
100 N. Calhoun Street
Fort Worth, Texas 76196
817/884-1451

RE: *Cause No. 096-334100-22;*
*Dr. Michael Methner, et al. vs. IFR Foundation Repair, Inc.*

*Master Index..............................................................................$ 104.00*

Monday, June 10, 2024
Transcription of reporter's record..........................................$1,040.00

Tuesday, June 11, 2024
Transcription of reporter's record..........................................$1,240.00

Wednesday, June 12, 2024
Transcription of reporter's record..........................................$1,400.00

Thursday, June 13, 2024
Transcription of reporter's

**THANK YOU!**

Exhibit Index..............................................................................$ 80.00

Exhibits..............................................................................$ 592.00

**TOTAL AMOUNT DUE:**

**$4,936.00**