CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 15, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-40111-ELM |
| IFR FOUNDATION REPAIR INC., | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| MICHAEL J. METHNER and LISA METHNER, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No. 25-04033 |
| | § | |
| IFR FOUNDATION REPAIR INC., | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER GRANTING MOTION TO CONTINUE TRIAL</u>**
(Resolves Docket Nos. 27 and 28)

On August 4, 2026, the Court entered an *Order Setting Trial* [Docket No. 23] pursuant to which the trial of this adversary proceeding was scheduled for September 14, 2026.

On August 25, 2026, the Plaintiffs filed the *Plaintiffs' Motion to Continue Trial for at Least 45 Days Based on Unavailability of the Certified State-Court Trial Transcript* [Docket No. 27] (the "**Continuance Motion**") and *Plaintiffs' Emergency Motion for Expedited Consideration of Motion to Continue Trial Based on Unavailability of the Certified State-Court Trial Transcript*

[Docket No. 28] (the "**Motion to Expedite**"). Pursuant to the Continuance Motion, the Plaintiffs request that the trial be reset to provide sufficient time to secure a certified copy of a state court trial transcript. Subsequent to above-referenced filings, the Defendant informed the Court, by and through counsel, of its non-opposition to the requested continuance, and the parties have coordinated with the Court's Courtroom Deputy on a reset date.

Based upon the foregoing, it is hereby:

**ORDERED** that the Continuance Motion is GRANTED as provided herein; it is further

**ORDERED** that the trial in this adversary proceeding be and is hereby rescheduled to take place on **December 8, 2026, at 9:30 a.m. (prevailing Central Time)**, before the Honorable Edward L. Morris, U.S. Bankruptcy Court, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102; and it is further

**ORDERED** that, as a result of the foregoing, the Motion to Expedite is denied as moot.

# # # END OF ORDER # # #