United States Bankruptcy Court

Northern District of Texas

Methner,
Plaintiff

Adv. Proc. No. 25-04033-elm

Integrity Foundation Repair (IFR),
Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-4 | User: admin | Page 1 of 2

Date Rcvd: Sep 17, 2026 | Form ID: pdf023 | Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Lisa Methner, 4201 County Rd 1022, Cleburne, TX 76033-7716 |
| pla | + | Michael J Methner, 4201 County Rd 1022, Cleburne, TX 76033-7716 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Sep 17 2026 22:01:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Sep 17 2026 22:01:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 17 2026 22:01:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 17 2026 22:01:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 17 2026 22:01:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Sep 17 2026 22:01:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 17 2026 22:01:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| intp | *+ | Lisa Methner, 4201 County Rd 1022, Cleburne, TX 76033-7716 |
| intp | *+ | Michael J Methner, 4201 County Rd 1022, Cleburne, TX 76033-7716 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clayton Everett | on behalf of Defendant Integrity Foundation Repair (IFR) clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Defendant Integrity Foundation Repair (IFR) warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 2

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 15, 2026**

**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-40111-ELM |
| IFR FOUNDATION REPAIR INC., | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| MICHAEL J. METHNER and LISA METHNER, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No. 25-04033 |
| | § | |
| IFR FOUNDATION REPAIR INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO CONTINUE TRIAL**
(Resolves Docket Nos. 27 and 28)

On August 4, 2026, the Court entered an *Order Setting Trial* [Docket No. 23] pursuant to which the trial of this adversary proceeding was scheduled for September 14, 2026.

On August 25, 2026, the Plaintiffs filed the *Plaintiffs' Motion to Continue Trial for at Least 45 Days Based on Unavailability of the Certified State-Court Trial Transcript* [Docket No. 27] (the "**Continuance Motion**") and *Plaintiffs' Emergency Motion for Expedited Consideration of Motion to Continue Trial Based on Unavailability of the Certified State-Court Trial Transcript*

[Docket No. 28] (the "**Motion to Expedite**"). Pursuant to the Continuance Motion, the Plaintiffs request that the trial be reset to provide sufficient time to secure a certified copy of a state court trial transcript. Subsequent to above-referenced filings, the Defendant informed the Court, by and through counsel, of its non-opposition to the requested continuance, and the parties have coordinated with the Court's Courtroom Deputy on a reset date.

Based upon the foregoing, it is hereby:

**ORDERED** that the Continuance Motion is GRANTED as provided herein; it is further

**ORDERED** that the trial in this adversary proceeding be and is hereby rescheduled to take place on **December 8, 2026, at 9:30 a.m. (prevailing Central Time)**, before the Honorable Edward L. Morris, U.S. Bankruptcy Court, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102; and it is further

**ORDERED** that, as a result of the foregoing, the Motion to Expedite is denied as moot.

# # # END OF ORDER # # #