BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

1. ORDER REQUEST:
[x] AUDIO [ ] TRANSCRIPT

3. NAME: Dr Michael J Methner

2. DATE OF ORDER: 01052026

6. MAILING ADDRESS: 4201 County Road 1022

4. PHONE NUMBER: 8176808261

5. EMAIL ADDRESS: atomans461@gmail.com

7. CITY: Cleburne

8. STATE: tx

9. ZIP CODE: 76033

10. CASE NUMBER: 25-40111-elm11

11. CASE NAME: Michael J Methner vs IFF

12. JUDICIAL OFFICIAL: Honorable Judge Edward L Morris

13. DATE OF PROCEEDING: FROM: / /01/05/2026

14. ORDER:

A.

| ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

15. AUDIO/TRANSCRIPT REQUESTED Specify portion(s) and date(s) of proceeding(s):

PORTION(S)

- [x] Entire Hearing
- [ ] Court Ruling
- [ ] Witness Testimony
- [ ] Other: (Specify)

CERTIFICATION

By signing 16. & 17. I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE: Dr Michael J Methner pro se

17. DATE: 10/30/2026

BRACKETT ATTORNEYS 100 ... FORT WORTH

Dell 15
DC15250