UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
NOV 25 2026
[illegible], U.S. BANKRUPTCY COURT
[illegible]THERN DISTRICT OF TEXAS

In re: IFR FOUNDATION REPAIR INC., Debtor
Main Case No. 25-40111-elm11 | Chapter 11, Subchapter V
MICHAEL J. METHNER and LISA DIANE METHNER, Plaintiffs
v. IFR FOUNDATION REPAIR INC., Defendant
Adversary No. 25-04033-elm

# PLAINTIFFS' PROPOSED PRETRIAL ORDER (SUBMITTED WITHOUT DEFENDANT'S APPROVAL)

Trial: December 8, 2026, 9:30 a.m. Central

## 1. Claims and defenses

Nondischargeability is not submitted for redetermination. Plaintiffs seek determination of judgment interest before the petition, during Chapter 11, and thereafter until satisfaction, at 8.25% annually, compounded annually, with proper payment credits, subject to the operative pleadings, confirmed plan and entered orders. Plaintiffs understand IFR disputes the scope and effect of the plan; its precise position remains subject to counsel's confirmation.

## 2. Stipulated facts

None jointly stipulated in this proposal.

## 3. Contested issues of fact

Unpaid judgment balance; accrual periods; effective payment dates, amounts, allocations and credits; and, if within scope, notice of the petition, amended plan and confirmation, counsel's authority, actual knowledge and resulting prejudice.

## 4. Contested issues of law

Scope of the operative complaint and entered orders; entitlement to prepetition interest, surviving interest during Chapter 11 and thereafter until satisfaction; rate, compounding, credits and effect of the confirmed plan; and, if within scope, legal effect of proven notice deficiencies and available relief.

## 5. Estimated trial length

Plaintiffs estimate three hours, subject to the Court's determination.

## 6. Additional matters

Plaintiffs request identification of remaining trial issues before evidence is presented. Main-case cure relief remains separately presented. Plaintiffs do not seek to modify the confirmed plan through this proposed pretrial order. Plaintiffs remain willing to confer and submit a joint version if agreement is reached.

**7. Submission**

Submitted by Plaintiffs only; Defendant has not approved or signed this proposal.

**# # # End of Order # # #**

Respectfully submitted,

_________________________ Michael J. Methner, pro se

_________________________ Lisa Diane Methner, pro se

4201 County Road 1022, Cleburne, TX 76033
Michael: 817-680-8261 | Lisa: 817-937-1354
atomant461@gmail.com

## CERTIFICATE OF SERVICE

Adversary No. 25-04033-elm

I certify that on 11/24/2026, I served a true and correct copy of PLAINTIFFS' PROPOSED PRETRIAL ORDER (SUBMITTED WITHOUT DEFENDANT'S APPROVAL) by United States certified mail, postage prepaid, addressed to:

Clayton L. Everett, counsel for IFR
Norred Law, PLLC
410 W. 7th Street, Suite 2
Fort Worth, TX 76102

______________________________
Signature of person completing service