IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
NOV 25 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re: IFR FOUNDATION REPAIR INC., Debtor
Case No. 25-40111-elm11 | Chapter 11, Subchapter V

MICHAEL J. METHNER and LISA D. METHNER, Plaintiffs
v. IFR FOUNDATION REPAIR INC., Defendant
Adversary No. 25-04033-elm

**PLAINTIFF MICHAEL J. METHNER'S STATEMENT REGARDING EFFORTS TO CONFER ON PROPOSED JOINT PRETRIAL ORDER**

1. I am a Plaintiff appearing pro se. This statement describes my personal recollection of efforts to confer with Clayton Everett, counsel for IFR, concerning the proposed joint pretrial order.

2. **November 8, 2026:** Mr. Everett was unavailable for the first scheduled telephone conference concerning the proposed joint pretrial order.

3. **November 13, 2026:** A subsequent telephone call was cut short. Default was discussed, but discussion of the proposed joint pretrial order was not completed. Mr. Everett stated that he would call me on November 20, 2026 to continue that discussion.

4. **November 20, 2026:** I did not receive the promised follow-up call. As of November 22, 2026, that callback had not occurred.

5. I remain willing to confer concerning preparation of the proposed joint pretrial order. I provide this statement to explain the status of those efforts. This statement is my account of the events; it is not a telephone-company call log.

[signature]
Michael J. Methner, Plaintiff pro se
Date signed: 11/24/2026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL J. METHNER and LISA D. METHNER, Plaintiffs
v. IFR FOUNDATION REPAIR INC., Defendant
Adversary No. 25-04033-elm

## CERTIFICATE OF SERVICE

I certify that on 11/24/2024, I served a true and correct copy of the foregoing **PLAINTIFF MICHAEL J. METHNER'S STATEMENT REGARDING EFFORTS TO CONFER ON PROPOSED JOINT PRETRIAL ORDER** by United States certified mail, postage prepaid, addressed to:

Clayton L. Everett
Counsel for Defendant IFR Foundation Repair Inc.
Norred Law, PLLC
410 W. 7th Street, Suite 2
Fort Worth, TX 76102

Dr [signature] CERTIFIED MAIL

Michael J. Methner
Plaintiff pro se
4201 County Road 1022
Cleburne, TX 76033